# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

---

## DOCKETING STATEMENT

---

Case Name: United States v. Fields

Appeal No. (if available):   17-7031

Court/Agency Appealing From: United States District Court for the Eastern District of Oklahoma

Court/Agency Docket No.:   6:10-cv-00115-RAW

District Judge: Hon. Ronald A. White

Party or Parties Filing Notice of Appeal/Petition: Petitioner/Appellant Edward Leon Fields, Jr.


**I.**     TIMELINESS OF APPEAL OR PETITION FOR REVIEW


    A.     **APPEAL FROM DISTRICT COURT**


        1.     Date notice of appeal filed:  May 12, 2017


            a.     Was a motion filed for an extension of time to file the notice of appeal?  If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal:     No


            b.     Is the United States or an officer or an agency of the United States a party to this appeal?     Yes.

2.      Authority fixing time limit for filing notice of appeal:

Fed. R. App. 4 (a)(1)(A) \_\_\_\_     Fed. R. App. 4(a)(6) \_\_\_\_
Fed. R. App. 4 (a)(1)(B)  X\_     Fed. R. App. 4(b)(1) \_\_\_\_
Fed. R. App. 4 (a)(2)      \_\_\_\_     Fed. R. App. 4(b)(3) \_\_\_\_
Fed. R. App. 4 (a)(3)      \_\_\_\_     Fed. R. App. 4(b)(4) \_\_\_\_
Fed. R. App. 4 (a)(4)      X\_     Fed. R. App. 4(c)      \_\_\_\_
Fed. R. App. 4 (a)(5)      \_\_\_
Other:  _____


3.      Date final judgment or order to be reviewed was **entered** on the
         district court docket:      <u>December 15, 2016</u>


4.      Does the judgment or order to be reviewed dispose of **all** claims
         by and against **all** parties?  *See* Fed. R. Civ. P. 54(b).  <u>Yes.</u>


**(If your answer to Question 4 above is no, please
answer the following questions in this section.)**


         a.      If not, did district court direct entry of judgment in
                 accordance with Fed. R. Civ. P. 54(b)? When was this
                 done?

                 _____

         b.      If the judgment or order is not a final disposition, is it
                 appealable under 28 U.S.C. § 1292(a)?

                         _____


         c.      If none of the above applies, what is the **specific** statutory
                 basis for determining that the judgment or order is
                 appealable?

                 _____

5.     Tolling Motions.   *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

     a.     Give the filing date of any motion that tolls the time to appeal pursuant to Fed. R. App. P. 4(a)(4)(A) or 4(b)(3)(A):
Motion to Alter and Amend Judgment Pursuant to Fed. R. Civ. P. 59(e), filed January 12, 2017.

     b.     Has an order been entered by the district court disposing of any such motion, and, if so, when? Yes, March 15, 2017.

6.     Cross Appeals.

     a.     If this is a cross appeal, what relief do you seek beyond preserving the judgment below? *See United Fire & Cas. Co. v. Boulder Plaza Residential, LLC*, 633 F.3d 951, 958 (10th Cir. 2011)(addressing jurisdictional validity of conditional cross appeals).

_____

     b.     If you do not seek relief beyond an alternative basis for affirmance, what is the jurisdictional basis for your appeal? *See Breakthrough Mgt. Group, Inc. v. Chukchansi Gold Casino and Resort*, 629 F.3d 1173, 1196-98 and n. 18 (10th Cir. 2010)(discussing protective or conditional cross appeals).

_____

B.     **REVIEW OF AGENCY ORDER**  (To be completed only in connection with petitions for review or applications for enforcement filed directly with the court of appeals.)

    1.     Date petition for review was filed: _____

    2.     Date of the order to be reviewed:_____

    3.     Specify the statute or other authority granting the court of appeals jurisdiction to review the order:_____

    4.     Specify the time limit for filing the petition (cite specific statutory section or other authority):_____

C.     **APPEAL OF TAX COURT DECISION**

    1.     Date notice of appeal was filed:_____
        (If notice was filed by mail, attach proof of postmark.)

    2.     Time limit for filing notice of appeal: _____

    3.     Date of entry of decision appealed:_____

    4.     Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when?  *See* Fed. R. App. P. 13(a) _____

**II.    LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S).  If none, please so state.**

United States v. Fields, No. 05-7128, reported at 516 F.3d 923 (10th Cir. 2008) (direct appeal from federal capital trial in the United States District Court for the Eastern District of Oklahoma)

**III.    GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE UNDERLYING CASE AND RESULT BELOW.**

Motion for Relief pursuant to 28 U.S.C. § 2255 brought by death-sentenced federal prisoner.  Denial of all claims in District Court (E.D. Okla.).

**IV.    IDENTIFY TO THE BEST OF YOUR ABILITY AT THIS STAGE OF THE PROCEEDINGS, THE ISSUES TO BE RAISED IN THIS APPEAL.**

Petitioner/Appellant appeals from the District Court's denial on the merits of nine claims, some including sub-claims, alleging constitutional violations of the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution in Petitioner's trial court proceedings resulting in his criminal conviction and death sentence.

**V.    ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

A.    Does this appeal involve review under 18 U.S.C. § 3742(a) or (b) of the sentence imposed?  No.

B.    If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction?  _____

C.    Describe the sentence imposed.  Death.

D.    Was the sentence imposed after a plea of guilty?  Yes.

E.    If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?  No.

F.    Is defendant on probation or at liberty pending appeal? No.

G.    If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed?  n/a

H.    Does this appeal involve the November 1, 2014 retroactive amendments to §§ 2D1.1 and 2D1.11 of the U.S. Sentencing Commission's Guidelines Manual, which reduced offense levels for certain drug trafficking offenses? No.

## VI.    ATTORNEY FILING DOCKETING STATEMENT:

Name:    Hunter Labovitz    Telephone: 215-928-0520

Firm:    Federal Community Defender Office for the Eastern District of Pennsylvania

Email Address:   hunter_labovitz@fd.org

Address:    601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

    A.    **[X]**    Appellant

            **[X]**    Petitioner

            ☐    Cross-Appellant

    B.    **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS**

            ☐    Retained Attorney

            ☐    Court-Appointed

            ☐    Employed by a government entity

                (please specify_____)

            **[X]**    Employed by the Office of the Federal Community Defender.


/s/ Hunter Labovitz                    May 26, 2017
Signature                                       Date

## CERTIFICATE OF SERVICE

I, Hunter Labovitz, counsel for Petitioner/Appellant Edward Leon Fields, Jt.,

hereby certify that on this 26th day  of May, 2017, I served a copy of the foregoing

**Docketing Statement,** to counsel for Respondent/Appellee, Jeffrey B. Kahan, Esq.

at Jeffrey.Kahan@usdoj.gov and Christopher J. Wilson, Esq. at

Chris.Wilson@usdoj.gov, the last known email address, by using the Court's

electronic case filing system.


/s/ Hunter Labovitz
Signature

May 26, 2017
Date


Hunter Labovitz
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106