UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                  Respondent     :   No. 6:10-cv-00115-RAW

v.                   :   Court of Appeals No. 17-7031

EDWARD LEON FIELDS, JR.,     :   DEATH PENALTY CASE

                  Petitioner.    :

**DESIGNATION OF RECORD ON APPEAL**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the District Court's docket sheets should be included in the record on appeal prepared by the Clerk of the District Court and transmitted to the Clerk of the Court of Appeals. (If the District Court Clerk so elects, original papers may be retained in the District Court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.):

1.    Any and all records and filings in the United States District Court, Eastern District of Oklahoma, Case No. 6:10-cv-00115-RAW, not otherwise designated, including, but not limited to, notes, memoranda, correspondence filed with the court but not made a matter of public record.

2.    Any and all records and filings in the United States District Court, Eastern District of Oklahoma, Case No. 6:03-cr-00073-RAW, not otherwise designated, including, but not limited to, notes, memoranda, correspondence filed with the court but not made a matter of public record.

/s/ Hunter Labovitz
Hunter Labovitz
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: (215) 928-0520

Dated:      May 26, 2017         Counsel for Petitioner

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify that on this 26th day of May, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz