# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellee/Respondent | : | Case No. 17-703 |
| | : | |
| v. | : | DEATH PENALTY CASE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | (United State District Court |
| | : | Eastern District of Oklahoma |
| Appellant/Petitioner. | : | Case No. 6:10-cv-00115-RAW) |
| | : | |

## UNOPPOSED MOTION TO CONTINUE APPOINTMENT OF COUNSEL

Appellant/Petitioner Edward Leon Fields, Jr., through counsel, respectfully moves the Court to continue the appointment of undersigned counsel, and in support states:

1.      Edward Fields is a federal prisoner sentenced to death.

2.      On April 17, 2009, the United States District Court for the Eastern District of Oklahoma appointed the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Petitioner-Appellant in his 28 U.S.C. § 2255 proceedings.  D. Ct. Doc. No. 280.  In so doing, the court recognized that Petitioner "is indigent and accordingly he may proceed in this action *in forma pauperis*." *Id.* at 2.

1

3. The Federal Community Defender Office has represented Appellant/Petitioner since that time in the District Court. Undersigned counsel conducted a thorough investigation of Appellant/Petitioner's background and of the instant case, and have maintained personal contact with Appellant/Petitioner and his family throughout their representation.

4. Although undersigned counsel is not on the Tenth Circuit Appellate Panel, the district court found the office's then-Chief "qualified to represent Mr. Fields" and directed him to assign "lawyers from his office who are also qualified to represent Mr. Fields." *Id.* at 1. Undersigned counsel was assigned by his office to Appellant/Petitioner's case in the District Court and has specialized expertise and experience in capital post-conviction litigation.

5. In order to provide continuity in his legal representation and to ensure that Appellant/Petitioner is represented by highly qualified counsel in this capital case, he respectfully requests that this Court authorize counsel to continue their representation in the instant appeal.

6. Undersigned counsel contacted Jeffrey Kahan, counsel for Appellee/Respondent, and Mr. Kahan indicated that Respondent has no objection to this motion.

WHEREFORE Appellant/Petitioner respectfully requests that the Court authorize undersigned counsel to continue representing him in this appeal.

Respectfully Submitted,

/s/ Hunter Labovitz
Hunter Labovitz (PA 204760)
Federal Community Defender Office
Capital Habeas Unit
601 Walnut St., Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Facsimile: (215) 928-0826
Hunter_Labovitz@fd.org

Date: May 26, 2017

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify that on this 26th day of May, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz

## CERTIFICATION THAT MOTION IS FREE FROM VIRUSES

I, Hunter Labovitz, hereby certify on this 26th day of May, 2017, that the attached Motion of Appellant/Petitioner Edward Leon Fields, Jr. has been scanned for viruses using Symantec Endpoint Protection and is free from viruses;

1.     All required privacy redactions have been made per 10th Cir. R. 25.5.; and

2.     The text of the electronic submission is an exact copy of the paper copy.

/s/ Hunter Labovitz

Hunter Labovitz

## CERTIFICATION THAT ALL REQUIRED PRIVACY REDACTIONS HAVE BEEN MADE

I, Hunter Labovitz, hereby certify on this 26th day of May, 2017, that, per 10tth Cir. R. 25.5, all privacy redactions have been made to the attached Motion of Appellant/Petitioner Edward Leon Fields, Jr.

/s/ Hunter Labovitz
Hunter Labovitz