# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

United States of America

v.

Edward Leon Fields

Case No.  17-7031

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

United States of America

Appellee/Respondent

Party or Parties

, in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

[ ] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[✓] There are no such parties, or any such parties have heretofore been disclosed to the court.

Jeffrey B. Kahan

Name of Counsel

/S/Jeffrey B. Kahan

Signature of Counsel

U.S. Dept. of Justice; 1331 F St., NW, 6th Fl.;
Washington, DC 20530; 202-305-8910

Mailing Address and Telephone Number

E-Mail Address jeffrey.kahan@usdoj.gov

Christopher Wilson

Name of Counsel

/S/Christopher Wilson

Signature of Counsel

USAO ED OK; 520 Denison Ave.
Muskogee, OK 74401; 918-684-5175

Mailing Address and Telephone Number

E-Mail Address chris.wilson@usdoj.gov

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) May 30, 2017   via (state method of service) ECF .

to Hunter Labovitz

(*See* Fed. R. App. P. 25(b))

/S/Jeffrey B. Kahan

(Signature)

A-5  Entry of Appearance Form 10/09

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

United States of America

v.

Edward Leon Fields

Case No.  17-7031

**Certificate of Interested Parties**

---

     The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

A-5  Entry of Appearance Form 10/09