**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 30, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031
(D.C. No. 6:10-CV-00115-RAW)
(E.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on the Designation of Record filed by Defendant-Appellant on May 26, 2017. Tenth Cir. R. 10.3(E) provides a list of items that "may not be included in the record on appeal unless they are relevant to the issues on appeal." Upon review, it appears that Defendant-Appellant designated the entirety of the filings in the underlying civil and criminal cases in the U.S. District Court for the Eastern District of Oklahoma; some of the items excluded by Rule 10.3(E) have been designated by Defendant-Appellant.

Within 10 days of the date of this order, Defendant-Appellant may file either (1) a response to this order explaining why items excluded by Rule 10.3(E) are relevant to the issues on appeal and, therefore, should be included in the record on appeal; or (2) an amended designation of record that designates only those items from the district court

dockets that are necessary for this court to consider and decide the issues that Defendant-

Appellant anticipates raising in this appeal.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk