**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 7, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031
(D.C. No. 6:10-CV-00115-RAW
6:03-CR-00073-RAW-1)
(E.D. Okla.)

_____

**ORDER**
_____

Before **MURPHY**, Circuit Judge.
_____

## I.    Appointment of Counsel for the Appellant

Appellant's *Unopposed Motion to Continue Appointment of Counsel* is granted.

Pursuant to 18 U.S.C. §§ 3006A(c) and 3599(a)(2), the Office of the Federal Community

Defender for the Eastern District of Pennsylvania is appointed as counsel of record for

Appellant, Edward Leon Fields, Jr.

## II.    Case Management Conference

This appeal is set for a case management conference on Thursday, January 25,

2017 at 2:00 p.m. Mountain/3:00 p.m. Central/4:00 p.m. Eastern. The principal purposes

of the conference are to determine what issues will be certified for appeal, and to

establish a briefing schedule and page lengths for the briefs.

Unless counsel are subsequently advised otherwise, the conference will be conducted via video. Not less than twenty minutes before the conference, counsel for the Appellant shall report to the Clerk's Office of the U.S. District Court for the Eastern District of Pennsylvania; and counsel for the Appellee shall report to the Clerk's Office of the U.S. District Court for the Eastern District of Oklahoma.

At least one week before the conference, counsel shall confer to discuss proposed brief lengths, a briefing schedule, and any other issues of concern. Prior to the conference, the parties may be contacted by court staff to discuss commitments that may affect the briefing schedule, and to confirm logistics for the case management conference.

### III.    Certification of Issues for Appeal

Pursuant to 28 U.S.C. § 2253(c), and in accordance with the provisions of this order, Appellant must seek a certificate of appealability ("COA") in order to proceed with this appeal. Appellant's motion for COA must be filed with this Court on or before October 2, 2017. In the motion, Appellant shall identify the issues for which he seeks a COA in the same order and using the same numbering as used in the underlying § 2255 petition filed in the district court.

This Court has before it the record of proceedings from the district court. Accordingly, extensive briefing on the issues for which certification is sought is neither necessary nor required. On the other hand, the motion needs to be a stand-alone document. The motion should not incorporate by reference any filings made in the district court, but the motion may point out where in the district court filings more expansive arguments on the issue can be located. Most importantly, the motion must unambiguously

and without obfuscation identify why an issue should be certified for appeal. There should be sufficient discussion of why the federal district court's resolution of an issue is debatable or why the issue otherwise warrants a certificate of appealability. If a claim is based on ineffective assistance of counsel, prosecutorial misconduct, or cumulative error, the motion must be succinctly list and identify the specific instance(s) of ineffective assistance, misconduct, or error that support certification.

Appellee is not required to file a response to Appellant's motion for certification of issues for appeal. However, both parties should come to the case management conference prepared to discuss whether certification of the issues raised by Appellant is appropriate under the applicable law. In the event that Appellee elects to submit a response, it must be filed no later than December 4, 2017.

After the conference, the Court will issue an order setting forth, *inter alia*, the issues that have been certified for appeal. That order will also allow an opportunity for Appellant to file a second motion seeking certification of any issues that were unsuccessfully argued to the district court and to this Court during the case management conference. If a second motion is filed, it will be referred to the panel of judges that will later be assigned to hear the appeal on the merits. The second motion for certification of issues for appeal will be decided after the aleady-certified issues are fully briefed.

IV.     **Extensions of Time**

Motions for extensions of time are not anticipated and will not be granted absent compelling circumstances.  Any motion to reschedule the case management conference

due to an unavoidable scheduling conflict must be filed within 14 days from the date of this order.

## V.    <u>Court Assistance</u>

The Clerk's Office (303-844-3157) is available to assist with any procedural matters.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk