# UNITED STATES DISTRICT COURT
**for the**
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | | |
|---|---|---|---|
| (05/12/2017) | Notice of Appeal | **Style of case:** | **Edward Leon Fields, Jr., v. USA** |
| ( ) | Amended NOA | | |
| ( ) | Cross Appeal | **District Court Case No:** | **10-cv-115-RAW** |
| ( ) | Interlocutory Appeal | | |
| (06/16/2017) | Update Item | **Tenth Circuit Case No:** | **17-7031** |

**Part 1**

**Notice of appeal is transmitted to all parties (except to appellant in civil cases);**

1.    District Judge:                    Ronald A. White

2.    Official Court Reporter(s):        None

3.    <u>Fees:</u>
      USA:                               ( ) Fees waived
      $505.00 filing fee:                ( ) Paid ( ) Due
      Pauper Status:                     (X) IFP GRANTED
                                         ( ) IFP DENIED
                                         ( ) IFP PENDING

**PART 2 TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| **ORIGINAL RECORD** | | **SUPPLEMENT TO RECORD-SUPPLEMENT #** |
|---|---|---|
| Pleadings:  Vols. | 5 | Pleadings:  Vols. |
| Sealed Pleadings: Vols. | 3 | Sealed Pleadings: Vols |
| Transcripts (Restricted): Vols. | | Transcripts (Restricted): Vols. |
| Permanently Restricted: Vols. | 5 | Permanently Restricted: Vols. |
| State Crt. Record:  Vols. | | State Crt. Record:  Vols. |

_____

/s/ Jeanne Brown
Signature Clerk or Deputy Clerk            Phone (918)684-7920            Date:  June 16, 2017

 cc:                      All parties notified through CM/ECF