**Pleadings from 03-cr-073-RAW**

- Volume 1 – Pleadings #**1, 2, 11, 12, 15, 16, 19, 29, 30, 31, 37, 38, 41, 44, 45, 46, 47, 48, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 67, 68, 69, 70, 71, 72, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 88, 89, 90, 91, 93, 101, 108, 122, 123, 124, 131, 132, 133, 137, 144, 145, 147, 153, 154, 155, 157, 158, 159, 160, 161, 168, 173, 175, 177, 196, 206, 215, 221, 222, 223, 224, 225, 226, 227, 228, 232, 233, 236, 237, 266**-*Transcript of Pretrial Conference held 10/28/03*, **267**-*Transcript of Status Hearing held 2/20/04*, **269-***Transcript of Preliminary/Detention Hearing*, **270**- *Transcript of Arraignment Hearing held 8/06/03*, **271**, **273-***Transcript of Criminal Pretrial*, **290-** *Transcript of Curtis Todd Gundy*, **291**-*Transcript of Status Hearing held 4/15/04*, **292**-*Transcript of Defendant's Motion to Vacate held 6/14/04*, **293**- *Transcript of Status Hearing held 5/31/05*, **294**-*Transcript of Direct Exam of Dr. Randall Price held 7/22/05*, **295**-*Transcript – Cross Examination of Dr. George Woods*,  **296**-*Transcript of Hearing on Joint Motion to Continue Jury Trial held 1/10/05*, **297**- *Transcript on Change of Plea held 6/30/05* and **298**-*Transcript of Direct Exam of Dr. Randall Price held 7/20/05*;

- Volume 2 – **#250**- *Transcript of Jury Trial held 7/14/05* and **251** – *Transcript of Jury Trial held 7/15/05;*

- *Volume 3* - **#252** – *Transcript of Jury Trial held 7/18/05* and **253** – *Transcript of Jury Trial held 7/19/05;*

- Volume 4 - **#254** – *Transcript of Jury Trial held 7/20/05* and **255 –** *Transcript of Jury Trial held 7/2 1/05;*

- Volume 5  - **#256**  - *Transcript of General Juror Qualification held 7/05/05*, **257** – *Transcript of Jury Trial held 7/22/05* and **258** – *Transcript of General Juror Qualification held 7/05/05;*

- Volume 6 – Sealed Pleadings  **#52, 65, 191, 192, and Sealed Transcripts #300**-*Transcript – Excerpt from Juror Qualification held 7/07/05,* **301-***Transcript – Excerpt from Juror Qualification held 7/06, 08 and 11/05*, and **302** – *Transcript – Excerpt from Juror Qualification held 7/08/05;*

- Volume 7 – Sealed Transcript **#259** – *Transcript – Individual Juror Qualification held 7/05/05* and Sealed Presentence Report with Statement of Reasons;

  Volume 8  - Pleadings **#274, 275, 276, 286, 288** and **289;**

**Pleadings from 10-cv-115-RAW**

- <u>Volume 9</u> – Pleadings **#1, 2, 6, 9, 11, 14** and **16**;

- <u>Volume 10</u> – Pleadings **#20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 39, 40, 43, 44, 47, 48, 50, 53, 54, 55, 56, 57, 58, 59, 60, 71, 72, 73, 74, 82, 102, 104,** and **105;**

- <u>Volume 11</u> – Pleading **#106;**

- <u>Volume 12</u> – Pleadings **#110, 112, 119, 125, 126, 127, 129** and **130**;

- <u>Volume 13</u> – Sealed Civil Pleadings **#4** and **#122**.