**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

**UNITED STATES OF AMERICA**,

     Plaintiff – Appellee,

  v.

**EDWARD LEON FIELDS, JR**.,

     Defendant – Appellant.

No. 17-7031
(D.C. No. 6:10-CV-000115-RAW)
(E.D. Okla.)

---

**UNOPPOSED MOTION TO FILE A DOCUMENT UNDER SEAL**

---

The United States of America respectfully requests permission to file under seal its Opposition to Motion for Certificate of Appealability.  In support of this request, government counsel avers as follows:

1.  Pursuant to this Court's June 7, 2017 order (Doc. 01019821831), the government has prepared a Response in Opposition to Appellant's Motion for a Certificate of Appealability (Doc. 01019879938).  The Opposition cites and quotes portions of the sealed record (Doc. 01019826752).  The cited material is integral to the government's position.

2. On November 23, 2017, Fields's attorney Hunter Labovitz informed undersigned counsel by e-mail that he did not oppose this request to file the Opposition under seal.

1

**CONCLUSION**

Appellee respectfully urges this Court to permit the United States to file its Opposition to

the Motion for a Certificate of Appealability under seal.

Dated: November 27, 2017:

Respectfully submitted,

**BRIAN J. KUESTER**
United States Attorney
Eastern District of Oklahoma

*/S/ Christopher J. Wilson*
**CHRISTOPHER J. WILSON**, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

*/S/ Jeffrey B. Kahan*
**JEFFREY B. KAHAN**, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

**<u>CERTIFICATE OF SERVICE</u>**

I, hereby certify that on November 27, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Hunter Labovitz, Attorney for Petitioner

*/S/ Jeffrey B. Kahan*
Trial Attorney
