**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 29, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

        Defendant - Appellant.

No. 17-7031

_____

**ORDER**
_____

On the court's own motion, the case management conference scheduled for

Thursday, January 25, 2018 has been rescheduled to Monday, March 5, 2018 at 2:00 p.m.

Mountain Time.  All other details from the order filed June 7, 2017 remain the same.

Any questions may be directed to the clerk's office at 303-335-2708.


Entered for the Court
ELISABETH A. SHUMAKER, Clerk


by:  Patrick Wyman
     Deputy Clerk