# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 29, 2017 | Chris Wolpert<br>Chief Deputy Clerk |

Cristi Charpentier
Katherine E. Ensler
Hunter S. Labovitz
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19106

**RE:     17-7031, United States v. Fields**
Dist/Ag docket: 6:10-CV-00115-RAW, 6:03-CR-00073-RAW-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Linda A. Epperley
        Jeffrey Bradford Kahan
        Cheryl R. Triplett
        Christopher Wilson

EAS/pdw