**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**December 4, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031

_____

**ORDER**
_____

Before **MURPHY**, Circuit Judge.
_____

This matter is before the court on Appellee's *Unopposed Motion to File a Document Under Seal* filed November 27, 2017. The motion is granted.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk