**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 11, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031

_____

**ORDER**

_____

Before **MURPHY**, Circuit Judge.

_____

Appellant's *Unopposed Motion to File Reply in Support of Motion for Certificate of Appealability* is granted.  The reply shall be deemed filed as of the date of this order.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk