# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 11, 2017

Chris Wolpert
Chief Deputy Clerk

Cristi Charpentier
Katherine E. Ensler
Hunter S. Labovitz
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19106

**RE:** **17-7031, United States v. Fields**
Dist/Ag docket: 6:10-CV-00115-RAW, 6:03-CR-00073-RAW-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Linda A. Epperley
        Jeffrey Bradford Kahan
        Cheryl R. Triplett
        Christopher Wilson

EAS/pdw