# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

               Appellee/Respondent,

           v.

EDWARD LEON FIELDS, JR.,

               Appellant/Petitioner.

Case No. 17-7031

DEATH PENALTY CASE

## SUPPLEMENTAL FILING FOLLOWING
## MARCH 5, 2018 CASE MANAGEMENT CONFERENCE

In response to the Court's questions at the Case Management Conference regarding counsel's ineffectiveness as it relates to the Effexor pills (Issue VI/Ground 7B), undersigned counsel provides the following references to the record supporting Appellant's claim that a half empty bottle of Effexor pills was recovered from Appellant's truck on July 18, 2003, the day of his arrest:[1]

On July 18, 2003, Oklahoma State Bureau of Investigation Agent Iris Dalley, observed a "pharmacy sack label dated 07/09/03 . . . for 30 Effexor 150mg

---

[1] The Court also requested undersigned counsel specify the exact number of days between the crime and Appellant's arrest, which was when the Oklahoma State Bureau of Investigation/FBI recovered the Effexor pill bottle. Undersigned counsel has confirmed that Appellant's counsel correctly represented at the Case Management Conference that the pill bottle was recovered eight days after the crime. The crime took place on July 10, 2003, and Appellant was arrested, and his truck searched, on July 18, 2003.

capsules for EDWARD FIELDS" and "[a] bottle of pills bearing the same label," inside Appellant's truck.  Dist. Ct. Doc. No. 106-30 at 4. The empty pharmacy bag for 30 Effexor 150mg capsules was forwarded by Jovanna Fields (no relation to Appellant) to Appellant's trial investigator, Glori Shettles, on January 16, 2004, after it was released by the FBI to Mrs. Fields.  Dist. Ct. Doc. No. 106-32 at 5 (Shettles memorandum to file noting that "July 9, 2003 – Empty pharmacy bag from Youngs Pharmacy, Poteau, OK, for 30 Effexor XR 150 mg" was among items received from Mrs. Fields). The bottle of pills bearing the same label was not returned.  *See id.* This is because the FBI "delivered the bottle to the jail where Fields was held before trial, so that he could continue to take the medicine." This explanation was provided by the Government to undersigned counsel in response to counsel's request for the bottle of 150 mg Effexor capsules mentioned in Agent Dalley's report.  *See* Dist. Ct. Doc. No. 6 at 7.

Pre-trial medical records from the Muskogee County jail indicate that Appellant was given one 150 mg Effexor pill on the following days: July 19 through 26, July 28, July 30 through August 1, August 3, and August 5, 2003. Dist. Ct. Doc. No. 14-1 at 2; *id.* at 4 (noting "NO REFILL" after August 5). In other words, Appellant was given fourteen pills. Given that the FBI delivered the bottle to the jail so that Appellant could continue to take his medicine, and that only fourteen pills were provided to Appellant in the jail before his prescription ran

out, it must be concluded from this record that the Effexor 150 mg pill bottle,

which contained 30 capsules on July 9, 2003 – the day the prescription was filled –

was more than half empty when it was recovered from Appellant's truck on July

18, 2003.  Thus, sixteen pills were consumed by Mr. Fields between July 9 and

July 18, 2003.

Respectfully submitted,

/s/ Hunter Labovitz
Hunter Labovitz
Katherine Ensler
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: (215) 928-0520

*Counsel for Appellant/Petitioner*

3

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify that on this 6th day of March, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Counsel for Respondent
Jeffrey B. Kahan, Counsel for Respondent

/s/ Hunter Labovitz
Hunter Labovitz

## CERTIFICATE OF COMPLIANCE

I, Hunter Labovitz, hereby certify on this 6th day of March, 2018, that the foregoing Supplemental Filing has been scanned for viruses using Symantec Endpoint Protection and is free from viruses; all required privacy redactions have been made per 10th Cir. R. 25.5; and the text of the electronic submission is an exact copy of the paper copy.

/s/ Hunter Labovitz
Hunter Labovitz