**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 9, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031
(D.C. No. 6:10-CV-00115-RAW)
(E.D. Okla.)

_____

**ORDER**
_____

Before **MURPHY**, Circuit Judge.
_____

In accordance with matters discussed and resolved at the case management

conference held in this appeal, and upon careful consideration of the parties'

supplemental submissions, the court directs as follows:

1.  The issues to be raised in the opening brief are:

    A.  Ground One (C) and (E), whether Mr. Fields's trial counsel

ineffectively developed, presented, and litigated mitigating mental health

evidence, by failing to investigate and present evidence of his organic brain

damage, and by failing to properly cross-examine the government's expert

witness, Dr. Price;

    B.  Ground Four, whether Mr. Fields's trial counsel ineffectively failed to

present his social history as a mitigating factor;

C. Ground Five, whether the Government's penalty phase closing arguments violated Mr. Fields's constitutional rights (limited to the prosecutor's story drawn from the Book of Daniel); and

D. Ground Eight, whether the cumulative effect of these errors denied Mr. Fields due process, effective assistance of counsel, and a reliable sentencing hearing.

The Certificate of Appealability granted on these issues includes whether an evidentiary hearing should have been provided, to the extent such a hearing would be necessary to resolve the issue.

2. Appellant's opening brief shall be filed by September 10, 2018 and shall consist of no more than 24,000 words.

3. Appellee's answer brief shall be filed by March 11, 2019 and shall consist of no more than 24,000 words.

4. Appellant's reply brief shall be filed by April 22, 2019 and shall consist of no more than 10,000 words.

5. The merits panel assigned to this appeal will determine the date and time for oral argument. The Clerk's Office will notify counsel through CM/ECF when the matter is calendared for oral argument.

6. A Certificate of Appealability is GRANTED on the issues set forth in Paragraph 1. Any request for leave to grant additional issues in the Certificate of Appealability must be raised by written motion filed not later than ten days after the date of this order. Appellee may file a response to such a request not more than ten days after

the request is filed. The Clerk shall submit motions for modification of the Certificate of Appealability to the merits panel for decision. Unless otherwise ordered by the merits panel, no issue shall be included in the briefs other than those set forth in Paragraph 1 of this order.

Any objection to the contents of the scheduling order must be raised by written motion of not more than five pages filed not later than ten days after its date. Motions for extension of time or to alter the briefing limitations of this order are discouraged and will be considered only in the most crucial circumstances.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
　　Chief Deputy Clerk