UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent/Appellee, | : | Case No. 17-7031 |
| | : | |
| v. | : | DEATH PENALTY CASE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | (E.D. Okla. Case No. 6:10-cv-115-RAW) |
| | : | |
| Petitioner/Appellant. | : | |
| | : | |

**MOTION TO SUPPLEMENT RECORD ON APPEAL**

Appellant, Edward Leon Fields, Jr., moves to supplement the Record on Appeal and in support thereof states as follows:

1. In finalizing Mr. Fields's opening brief, undersigned counsel became aware that six pages from the certified trial transcript that are relevant to Claim 1 do not appear to have been included in the Record on Appeal.

2. Mr. Fields requests that the Court include these missing pages (attached) in the Record on Appeal so that the Court can properly evaluate Appellant's claims.

3.      Pursuant to Tenth Cir. R 27.1, Mr. Fields represents that he contacted

counsel for the Respondents and is authorized to represent that they do not oppose

this motion.

WHEREFORE, Appellant respectfully requests that this Court grant his

motion to include the attached pages from the certified trial transcript in the Record

on Appeal.

Respectfully Submitted,

/S/ Hunter Labovitz
Hunter Labovitz (PA 204760)
Federal Community Defender Office
        for the Eastern District of
        Pennsylvania
601 Walnut St., Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Dated:  September 10, 2018          Hunter_Labovitz@fd.org

2

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify that on this 10th day of September, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Plaintiff/Appellee
Jeffrey B. Kahan, Attorney for Plaintiff/Appellee

/s/ Hunter Labovitz
Hunter Labovitz