# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee/Respondent, | : | Case No. 17-7031 |
| v. | : | DEATH PENALTY CASE |
| EDWARD LEON FIELDS, JR., | : | (United State District Court |
|  | : | Eastern District of Oklahoma |
| Appellant/Petitioner. | : | Case No. 6:10-cv-00115-RAW) |
|  | : | |

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Edward Leon Fields, Jr., Appellant/Petitioner, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

[ ]     On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[x]     There are no such parties, or any such parties have heretofore been disclosed to the court.

Katherine Ensler
Name of Counsel

/s/ Katherine Ensler
Signature of Counsel

Federal Community Defender for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Mailing Address and Telephone Number

katherine_ensler@fd.org
E-Mail Address

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

    I, Katherine Ensler, hereby certify that on this 12th day of September, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Katherine Ensler
Katherine Ensler