**U.S. Department of Justice**

Criminal Division

---

*Capital Case Section*                                    *Washington, D.C. 20530*

November 5, 2019

Elisabeth Shumaker, Clerk
The Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

Subject: *United States v. Fields* (10th Cir. Case no. 17-7031)

Dear Ms. Shumaker,

      Pursuant to Federal Rule of Appellate Procedure, rule 28(j), the United States advises the Court and counsel in the above-referenced case that *Cuesta-Rodriguez v. Carpenter*, 916 F.3d 885, 907 (10th Cir. 2019) supports its argument that Fields cannot establish cause and prejudice to excuse the procedural default of his claim that the trial prosecutor committed prejudicial misconduct during the penalty phase summation.  The argument appears at pages 63 to 80 of the Respondent/Appellee's Brief, filed March 8, 2019.  The United States previously failed to identify the relevance of *Cuesta-Rodriguez*, which was issued approximately two weeks before the government filed its brief in this case.

      Sincerely,

      */S/Jeffrey B. Kahan*

      Jeffrey B. Kahan
      Deputy Chief

## Certificate of ECF Filing & Delivery

I hereby certify that on November 5, 2019, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

- Hunter Labovitz        Hunter_Labovitz@fd.org
- Katherine Ensler        katherine_ensler@fd.org

*/S/Jeffrey B. Kahan*
Jeffrey B. Kahan

## Certificate of Digital Submission

I certify that:

- all required privacy redactions have been made;
- that with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk;
- that the ECF submission was scanned for viruses using McAfee Endpoint Security 10.5, updated continuously, and according to the program is free of viruses.

*/S/Jeffrey B. Kahan*
Jeffrey B. Kahan