**FEDERAL COMMUNITY DEFENDER OFFICE**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*Capital Habeas Unit*

FEDERAL COURT DIVISION – DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST—THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

*LEIGH M. SKIPPER*
CHIEF FEDERAL DEFENDER

PHONE NUMBER     (215) 928–0520
FAX NUMBER     (215) 928–0826
FAX NUMBER     (215) 928–3508

*HELEN A. MARINO*
FIRST ASSISTANT FEDERAL DEFENDER

November 7, 2019

Elisabeth Shumaker, Clerk
The Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

Re:     *United States v. Fields* (10th Cir. Case no. 17–7031)
        Response to Appellee's Rule 28(j) Letter dated November 5, 2019

Dear Ms. Shumaker:

This letter responds to Appellee's Rule 28(j) letter suggesting that *Cuesta–Rodriguez v. Carpenter*, 916 F.3d 885, 907 (10th Cir. 2019), supports the argument that Mr. Fields cannot "excuse" his purported "procedural default" of Claim III. As detailed in Appellant's reply brief, the record refutes the assertion that Mr. Fields procedurally defaulted his claim that trial counsel ineffectively failed to object to the prosecutor's improper appeal to religion in closing arguments. *See* Reply Brief, 34–35. Hence, to the extent Appellee relies on *Cuesta–Rodriguez* solely to supplement the procedural default argument,[1] the decision is not relevant to this case. However, *Cuesta–Rodriguez* does contain discussion pertinent to another of Appellee's arguments, which Mr. Fields addresses here.

In order to establish counsel's ineffectiveness in Claim III, Mr. Fields must

---

[1] Appellee makes no attempt to explain how the lengthy discussion of prosecutorial misconduct in *Cuesta–Rodriguez*—which addresses multiple arguments regarding multiple claims of misconduct, none of which was procedurally defaulted—supports its position.

demonstrate that the prosecutor's remarks amounted to misconduct to which effective counsel would have objected. He does so by showing a substantial prejudicial effect on his Eighth Amendment right to a reliable sentencing. *See* Reply Brief, 39–40 (citing *Caldwell v. Mississippi*, 472 U.S. 320, 340 (1985)). In response, Appellee denies that the Supreme Court has ever held the Eighth Amendment provides a safeguard against prosecutorial misconduct.

In *Cuesta–Rodriguez*, the petitioner also argued the prosecutor's misconduct infringed a specific constitutional right guaranteed by *Caldwell*. Yet the Court in *Cuesta–Rodriguez* does not dispute that *Caldwell* creates an Eighth Amendment safeguard against prosecutorial misconduct; it merely finds that the "prosecutors' stray comments" about the weight of mitigating evidence were "a far cry from" the facts in *Caldwell*, 916 F.3d at 913–14. By contrast, Mr. Fields makes a direct analogy between the facts of his case and those in *Caldwell*, as the arguments in both cases were aimed at undercutting the jury's own sense of responsibility for imposing the death penalty.

Respectfully submitted,

/s/ Hunter Labovitz
HUNTER LABOVITZ
PA Bar No. 204760
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928–0520

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify on this 7th day of November, 2019, that I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
HUNTER LABOVITZ

## CERTIFICATE OF DIGITAL SUBMISSION

I, Hunter Labovitz, hereby certify:
- all required privacy redactions have been made;
- that with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk;
- that the ECF submission was scanned for viruses using McAfee Endpoint Security 10.5, updated continuously, and according to the program is free of viruses.

/s/ Hunter Labovitz
HUNTER LABOVITZ