**FEDERAL COMMUNITY DEFENDER OFFICE
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*Capital Habeas Unit*

FEDERAL COURT DIVISION – DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST—THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| ***LEIGH M. SKIPPER***<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER    (215) 928–0520<br>FAX NUMBER    (215) 928–0826<br>FAX NUMBER    (215) 928–3508 | ***HELEN A. MARINO***<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |

November 12, 2019

Elisabeth Shumaker, Clerk
The Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

>     **Re:**    *United States v. Fields* (10th Cir. Case No. 17-7031)

Dear Ms. Shumaker:

Pursuant to Federal Rule of Appellate Procedure 28(j), Edward Fields advises the Court and the Government that this Court's recent decision in *Harris v. Sharp*, 2019 WL 5541416, at *11-15, *36-37 (10th Cir. Oct. 28, 2019), supports his argument that Claim I (trial counsel's ineffectiveness for failing to present evidence of brain damage) should be remanded for an evidentiary hearing in light of the factual disputes in the record, and, at the very least, Claim IV (cumulative error) should be remanded as well. These arguments appear at pages 7 to 49, and 75 to 76, respectively, of Appellant's Brief filed September 10, 2018.

>     Respectfully submitted,
>
>     /s/ Hunter Labovitz
>     HUNTER LABOVITZ
>     Assistant Federal Defender

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Hunter Labovitz, hereby certify on this 12th day of November, 2019, that I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
HUNTER LABOVITZ

## CERTIFICATE OF DIGITAL SUBMISSION

I, Hunter Labovitz, hereby certify:
- all required privacy redactions have been made;
- that with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk;
- that the ECF submission was scanned for viruses using McAfee Endpoint Security 10.5, updated continuously, and according to the program is free of viruses.

/s/ Hunter Labovitz
HUNTER LABOVITZ