FILED
United States Court of Appeals
Tenth Circuit

**November 20, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031

_____

**ORDER**

_____

Before **BRISCOE**, **MCHUGH**, and **CARSON**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Hunter Labovitz argued for the Appellant. Jeffrey Kahan argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court