**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 30, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD LEON FIELDS, JR.,

    Defendant - Appellant.

No. 17-7031
(D.C. Nos. 6:03-CR-00073-RAW-1 and
6:10-CV-00115-RAW)
(E.D. Okla.)

## JUDGMENT

Before **BRISCOE**, **McHUGH**, and **CARSON**, Circuit Judges.

This case originated in the Eastern District of Oklahoma and was argued by

counsel.

The judgment of that court is affirmed in part and reversed in part.  The case is

remanded to the United States District Court for the Eastern District of Oklahoma for

further proceedings in accordance with the opinion of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk