# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 21, 2020

Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:**    **17-7031, United States v. Fields**
Dist/Ag docket: 6:10-CV-00115-RAW, 6:03-CR-00073-RAW-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 30, 2019 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Cristi Charpentier
        Katherine E. Ensler
        Linda A. Epperley
        Jeffrey Bradford Kahan
        Hunter S. Labovitz
        Cheryl R. Triplett
        Christopher Wilson

CMW/pj