# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 5, 2020

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  Edward Leon Fields, Jr.
             v. United States
             No. 19-8614
             (Your No. 17-7031)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 28, 2020 and placed on the docket June 5, 2020 as No. 19-8614.

Sincerely,

**Scott S. Harris**, Clerk

by

Nicholas D'Amico
Case Analyst