# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2020

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:   Edward Leon Fields, Jr.
           v. United States
           No. 19-8614
           (Your No. 17-7031)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk